```
                                                                    FILED
                                                          UNITED STATES DISTRICT COURT
            IN THE UNITED STATES DISTRICT COURT                  DENVER, COLORADO
                FOR THE DISTRICT OF COLORADO
                                                                 MAR 24 2011
```

Civil Action No. 11-cv-00632-BNB                             GREGORY C. LANGHAM
                                                                          CLERK
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

STEPHANIE BLALOCK,

      Plaintiff,

v.

JEFFERSON COUNTY JAIL,
CORRECTIONAL HEALTHCARE MANAGEMENT, and
DR. RAYMOND HERR,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing: <u>(Account statement must be certified by an appropriate official of Plaintiff's penal institution. A notary public is not required.)</u>
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information

(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) _X_ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00632-BNB

Stephanie Blalock
Prisoner No. 134917
Jefferson County Detention Facility
PO Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on March 24, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk